```
                              FILED
                    CLERK, U.S. DISTRICT COURT

                         MAR 30 2010

                    CENTRAL DISTRICT OF CALIFORNIA
                    BY                    DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Dashawn Washington <br><br> Defendant. | Case No.: 09-859 <br> 09-860 <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __C.D. Cal.__ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   [X]   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __absence of background information__

1  *History of non-compliance/substance abuse*
2
3
4     and/or

5  B.  (X)  The defendant has not met his/her burden of establishing by
6     clear and convincing evidence that he/she is not likely to pose
7     a danger to the safety of any other person or the community if
8     released under 18 U.S.C. § 3142(b) or (c). This finding is based
9     on: *Criminal history, history of non-compliance/*
10    *substance abuse*
11

14    IT THEREFORE IS ORDERED that the defendant be detained pending
15    the further revocation proceedings.

17  Dated: *March 30, 2010*

                                    _____
                                    UNITES STATES MAGISTRATE JUDGE

                                          CARLA M. WOEHRLE

2